ELDA M. SIDHU
General Counsel
Nevada Bar No. 007799
SUSAN C. O'BRIEN
Nevada Bar No. 008396
Assistant General Counsel
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorney for the State of Nevada ex rel.
its Board of Regents of the Nevada System
of Higher Education, on behalf of the University
of Nevada, Las Vegas and Karen West*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL SALUS,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS; a Political Subdivision of the State of Nevada; KAREN WEST, individually and as Dean of the School of Dental Medicine of the University of Nevada, Las Vegas; DOES I - XX, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-01734-GMN-GWF<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants', the State of Nevada ex rel. its Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV" or "University"), and Karen West, individually and as Dean of the UNLV School of Dental Medicine (together referred to as "University Defendants"), Motion for Summary Judgment (Document #30) came before this Court for hearing on December 13, 2012, with Daniel Salus, Plaintiff, appearing in Pro Per.

After reviewing the pleadings submitted in support of and in opposition to these motions, having heard argument of counsel and Plaintiff, having reviewed the court's file, and for good

cause shown,

IT IS HEREBY ORDERED that Defendants' University and Karen West Motion for Summary Judgment (Document #30) is granted in its entirety. Each of Plaintiff's federal claims against the University and Dean Karen West are hereby dismissed with prejudice.

The Court finds Eleventh Amendment immunity bars Plaintiff's federal claims against the University, as a state entity, and Dean Karen West, as a state employee thereof, in her official capacity. The Court further finds Dean West to be entitled to qualified immunity in her individual capacity as to each of the federal claims. The Court also finds that Plaintiff failed to establish federal claims for violation of Fourteenth Amendment procedural due process or substantive due process. Further, the Court finds that Plaintiff's Equal Protection claim fails as a matter of law and Defendants are entitled to summary judgment. Additionally, the Court finds Defendants are entitled to summary judgment on the state law claims of breach of contract, negligent hiring, training and supervision, intentional infliction of emotional distress, and defamation, libel and slander. Moreover, the Court finds Plaintiff is not entitled to injunctive or declaratory relief as a matter of law.

Prior to rendering a ruling this Court canvassed Plaintiff with regard to his failure to file an opposition to the Defendants' Motion for Summary Judgment. Plaintiff confirmed his receipt of mailings by the Court at the address on file with the District Court, Nevada. Plaintiff was notified by the Court of the timeframe for responding via a Klingele Minute Order (Document #31). Thereafter, Magistrate Judge Foley held a telephonic hearing on August 7, 2012 regarding a request filed by Plaintiff seeking additional time (Document #29). On August 7, 2012, Plaintiff and counsel for Defendants participated in the telephonic hearing (Docket #35). The Court granted Plaintiff additional time to find legal counsel and additional time to respond to Defendants' Motion for Summary Judgment (Docket #35). Plaintiff did not file any response following the extended time frame afforded by the Court. Having heard from Plaintiff on the issue, the Court found good

/ / / / /

/ / / / /

1 | cause did not exist for Plaintiff's failure to file a response.

2 | DATED this __14th__ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE
DATED: December 17, 2012

Submitted By:

By: _Susan C. O'Brien_
ELDA M. SIDHU
General Counsel
Nevada State Bar No. 007799
SUSAN C. O'BRIEN
Assistant General Counsel
Nevada State Bar No. 008396
UNIVERSITY OF NEVADA,
LAS VEGAS
4505 Maryland Parkway, Box 41085
Las Vegas, Nevada 89154-1085
Ph: (702) 895-5185
*Attorneys for Defendant University and Dean Karen West*